| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Norman M Andrews<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–8286<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Barbara A Andrews<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–7125<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: District of New Jersey | | Date case filed for chapter:   7   6/7/18 |
| Case number: 18–21615–JNP | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Norman M Andrews | Barbara A Andrews |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1836 Arlington Drive<br>Williamstown, NJ 08094 | 1836 Arlington Drive<br>Williamstown, NJ 08094 |
| 4. | **Debtor's attorney**<br>Name and address | Joseph J. Rogers<br>Washington Professional Campus<br>900 Route 168<br>Suite I–4<br>Turnersville, NJ 08012 | Contact phone (856) 228–7964 |
| 5. | **Bankruptcy trustee**<br>Name and address | Joseph Marchand<br>117–119 West Broad St.<br>PO Box 298<br>Bridgeton, NJ 08302 | Contact phone (856) 451–7600 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856–361–2300<br><br>Date: 6/8/18 |
| **7.** | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **July 23, 2018 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Bridge View Building, Suite 102, 800 Cooper Street, Camden, NJ 08101** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 9/21/18** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page **2**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-21615-JNP
Norman M Andrews                                                      Chapter 7
Barbara A Andrews
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 1           Date Rcvd: Jun 08, 2018
                              Form ID: 309A             Total Noticed: 21

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2018.
db/jdb         +Norman M Andrews,    Barbara A Andrews,    1836 Arlington Drive,    Williamstown, NJ 08094-8725
517579950       Advanced Call Center Technologies LLC,    PO Box 9091,   Gray, TN 37615-9091
517579952      +Bank Of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
517579954      +Cap1/dbarn,   Capital One Retail Srvs/Attn: Bankruptcy,    Po Box 30258,
                 Salt Lake City, UT 84130-0258
517579957      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517579958      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 St Louis, MO 63179-0040
517579961      +Snap On Crdt,   Attn: Bankruptcy,    950 Technology Way  Suite 301,
                 Libertyville, IL 60048-5339
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jjresq@comcast.net Jun 08 2018 23:28:07      Joseph J. Rogers,
                 Washington Professional Campus,    900 Route 168,   Suite I-4,   Turnersville, NJ  08012
tr             +EDI: QJDMARCHAND.COM Jun 09 2018 03:08:00      Joseph Marchand,   117-119 West Broad St.,
                 PO Box 298,   Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 08 2018 23:29:13      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 08 2018 23:29:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517579951      +EDI: AMEREXPR.COM Jun 09 2018 03:08:00      Amex,   Correspondence,   Po Box 981540,
                 El Paso, TX 79998-1540
517579953      +EDI: BANKAMER.COM Jun 09 2018 03:08:00      Bank Of America,    Nc4-105-03-14,   Po Box 26012,
                 Greensboro, NC 27420-6012
517579955      +EDI: CAPITALONE.COM Jun 09 2018 03:08:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517579956      +EDI: CHASE.COM Jun 09 2018 03:08:00      Chase Card Services,    Attn: Correspondence Dept,
                 Po Box 15298,   Wilmington, DE 19850-5298
517579959      +EDI: CBSKOHLS.COM Jun 09 2018 03:08:00      Kohls/Capital One,    Kohls Credit,   Po Box 3043,
                 Milwaukee, WI 53201-3043
517579960      +EDI: NAVIENTFKASMSERV.COM Jun 09 2018 03:08:00      Navient,    Attn: Bankruptcy,   Po Box 9500,
                 Wilkes-Barre, PA 18773-9500
517579962      +EDI: RMSC.COM Jun 09 2018 03:08:00      Syncb/mattress Warehou,    Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
517579963      +EDI: RMSC.COM Jun 09 2018 03:08:00      Synchrony Bank/ JC Penney,    Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
517579964      +EDI: RMSC.COM Jun 09 2018 03:08:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
517579965       EDI: TDBANKNORTH.COM Jun 09 2018 03:08:00      TD Bank, N.A.,    Attn: Bankruptcy,
                 32 Chestnut St,   Lewiston, ME 04243
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```