**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Norman M Andrews<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8286<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Barbara A Andrews<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7125<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–21615–JNP

# Order of Discharge
12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Norman M Andrews                    Barbara A Andrews

9/28/18                    **By the court:**   Jerrold N. Poslusny Jr.
                                                United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                                 District of New Jersey

In re:                                                          Case No. 18-21615-JNP
Norman M Andrews                                                Chapter 7
Barbara A Andrews
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-1        User: admin               Page 1 of 2      Date Rcvd: Sep 28, 2018
                            Form ID: 318              Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2018.
db/jdb         +Norman M Andrews,   Barbara A Andrews,    1836 Arlington Drive,   Williamstown, NJ 08094-8725
517579950       Advanced Call Center Technologies LLC,   PO Box 9091,   Gray, TN 37615-9091
517579952      +Bank Of America,   4909 Savarese Circle,   Tampa, FL 33634-2413
517579954      +Cap1/dbarn,   Capital One Retail Srvs/Attn: Bankruptcy,   Po Box 30258,
                 Salt Lake City, UT 84130-0258
517579957      +Citibank / Sears,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
                 Saint Louis, MO 63179-0040
517579958      +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
                 St Louis, MO 63179-0040
517579961      +Snap On Crdt,   Attn: Bankruptcy,   950 Technology Way  Suite 301,
                 Libertyville, IL 60048-5339
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJDMARCHAND.COM Sep 29 2018 03:49:00     Joseph Marchand,   117-119 West Broad St.,
                 PO Box 298,   Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 29 2018 00:20:21     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 29 2018 00:20:16     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: BANKAMER.COM Sep 29 2018 03:49:00     Bank of America, N.A.,   7105 Corporate Drive,
                 Plano, TX 75024-4100
517579951      +EDI: AMEREXPR.COM Sep 29 2018 03:48:00     Amex,   Correspondence,   Po Box 981540,
                 El Paso, TX 79998-1540
517579953      +EDI: BANKAMER.COM Sep 29 2018 03:49:00     Bank Of America,   Nc4-105-03-14,   Po Box 26012,
                 Greensboro, NC 27420-6012
517579955      +EDI: CAPITALONE.COM Sep 29 2018 03:49:00     Capital One,
                 Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517579956      +EDI: CHASE.COM Sep 29 2018 03:48:00     Chase Card Services,   Attn: Correspondence Dept,
                 Po Box 15298,   Wilmington, DE 19850-5298
517579959      +EDI: CBSKOHLS.COM Sep 29 2018 03:48:00     Kohls/Capital One,   Kohls Credit,   Po Box 3043,
                 Milwaukee, WI 53201-3043
517579960      +EDI: NAVIENTFKASMSERV.COM Sep 29 2018 03:48:00     Navient,   Attn: Bankruptcy,   Po Box 9500,
                 Wilkes-Barre, PA 18773-9500
517579962      +EDI: RMSC.COM Sep 29 2018 03:49:00     Syncb/mattress Warehou,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
517582224      +EDI: RMSC.COM Sep 29 2018 03:49:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517579963      +EDI: RMSC.COM Sep 29 2018 03:49:00     Synchrony Bank/ JC Penney,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
517579964      +EDI: RMSC.COM Sep 29 2018 03:49:00     Synchrony Bank/Lowes,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
517579965       EDI: TDBANKNORTH.COM Sep 29 2018 03:49:00     TD Bank, N.A.,   Attn: Bankruptcy,
                 32 Chestnut St,   Lewiston, ME 04243
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 28, 2018
                              Form ID: 318             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2018 at the address(es) listed below:
              Joseph  Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph J. Rogers    on behalf of Joint Debtor Barbara A Andrews jjresq@comcast.net,
               jjresq1@comcast.net
              Joseph J. Rogers    on behalf of Debtor Norman M Andrews jjresq@comcast.net,    jjresq1@comcast.net
              Rebecca Ann Solarz     on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```