UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: | Case No.: | 18-21615/JNP
Norman & Barbara Andrews | Chapter: | 7
| Judge: | JNP

## NOTICE OF PROPOSED ABANDONMENT

_____JOSEPH D. MARCHAND_____, _____TRUSTEE_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067 |

If an objection is filed, a hearing will be held before the Honorable _____Jerrold N. Poslusny, Jr._____ on _____December 4, 2018_____ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4C___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real Property:
1836 Arlington Drive
Williamstown, NJ
FMV - $256,000.00 |

| Liens on property: | Bank of America - $240,492.50
Bank of America - $26,277.40 |

| Amount of equity claimed as exempt:  $0.00 |

Objections must be served on, and requests for additional information directed to:

Name: ___/s/ Joseph D. Marchand, Chapter 7 Trustee___

Address: ___117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302___

Telephone No.: ___(856) 451-7600___

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-21615-JNP
Norman M Andrews                                                          Chapter 7
Barbara A Andrews
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 2              Date Rcvd: Nov 01, 2018
                                 Form ID: pdf905          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2018.
db/jdb          +Norman M Andrews,    Barbara A Andrews,    1836 Arlington Drive,    Williamstown, NJ 08094-8725
cr              +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
517579950        Advanced Call Technologies LLC,    PO Box 9091,    Gray, TN 37615-9091
517579951       +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517579952       +Bank Of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
517579954       +Capl/dbarn,    Capital One Retail Srvs/Attn: Bankruptcy,    Po Box 30258,
                 Salt Lake City, UT 84130-0258
517579956       +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517579957       +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517579958       +Citibank/The Home Depot,    Citicorp Crp Srvs/Centralized Bankruptcy,    Po Box 790040,
                 St Louis, MO 63179-0040
517579961       +Snap On Crdt,    Attn: Bankruptcy,    950 Technology Way  Suite 301,
                 Libertyville, IL 60048-5339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 01 2018 23:51:38     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 01 2018 23:51:36     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517579955       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 02 2018 00:13:14     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517579959       +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 01 2018 23:50:46     Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517579960       +E-mail/PDF: pa_dc_claims@navient.com Nov 02 2018 00:15:14     Navient,    Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barre, PA 18773-9500
517579962       +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2018 00:15:00     Syncb/mattress Warehou,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517582224       +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2018 00:15:00     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517579963       +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2018 00:13:08     Synchrony Bank/ JC Penney,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517579964       +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2018 00:13:08     Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517579965        E-mail/Text: bankruptcy@td.com Nov 01 2018 23:51:41     TD Bank, N.A.,    Attn: Bankruptcy,
                 32 Chestnut St,    Lewiston, ME 04243
                                                                                            TOTAL: 10

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517579953        ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                          TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                    Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-1          User: admin              Page 2 of 2          Date Rcvd: Nov 01, 2018
                             Form ID: pdf905           Total Noticed: 20

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
         Joseph  Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
         Joseph J. Rogers    on behalf of Joint Debtor Barbara A Andrews jjresq@comcast.net,
         jjresq1@comcast.net
         Joseph J. Rogers    on behalf of Debtor Norman M Andrews jjresq@comcast.net,   jjresq1@comcast.net
         Rebecca Ann Solarz    on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 5